FRANKFURT KURNIT KLEIN & SELZ P.C.
Ronald C. Minkoff (RM-2943)
Jessie F. Beeber (JB-3129)
Lia N. Brooks (LB-0618)
488 Madison Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
E-mail: rminkoff@fkks.com
E-mail: jbeeber@fkks.com
E-mail: lbrooks@fkks.com

*Attorneys for BCI International Holdings, Incorporated*



MAY 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

BCI INTERNATIONAL HOLDINGS,
INCORPORATED

                Plaintiff,

  -against-

EDWARDS ANGELL PALMER & DODGE LLP,
a New York Limited Liability Partnership, and
D. ROGER GLENN,

                Defendants,

------------------------------------------------------- X

Judge Berman

**07 CIV 3892**

Case No.

**RULE 7.1**
**DISCLOSURE**
**STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff BCI International Holdings, Incorporated states that it does not have a parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       May 17, 2007

FKKS: 222984 v1

99999.100

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Ronald Minkoff

Ronald C. Minkoff (RM-2943)
Jessie F. Beeber (JB-3129)
Lia N. Brooks (LB-0618)

488 Madison Avenue, 10th Floor
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (212) 593-9175
E-mail: rminkoff@fkks.com
E-mail: jbeeber@fkks.com
E-mail: lbrooks@fkks.com

*Attorneys for BCI International Holdings, Incorporated*